IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH DOUGLAS CLARK III,** | : | CIVIL ACTION NO. 3:24-CV-2184 |
| Petitioner | : | (Judge Neary) |
| v. | : | |
| **WARDEN OF SCI-GREENE,** | : | |
| Respondent | : | |

## ORDER

AND NOW, this 23rd day of April, 2025, upon consideration of the petition (Doc. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DISMISSED without prejudice for failure to exhaust state court remedies.

2. Petitioner's motion to show cause (Doc. 4) is DENIED as moot.

3. A certificate of appealability shall not issue.

4. The Clerk of Court is directed to CLOSE this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania